■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE COLLIN, Appellant.—

Time to perfect appeal extended for 90 days. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORIN D. TALADA, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMILEY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Reapplication for assignment of counsel. Application denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JAMES DI DONATO et al., Defendants.— Motion for change of venue from Schenectady County Court to Supreme Court in another county. Motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. DE GROAT, Appellant.— Application for change of venue. Motion denied.

(November 22, 1961)

■ CATHERINE TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent. STANLEY TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.